No. 02–11009. TALLINI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11010. TORRES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11012. SANDERS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–11013. PETERSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–11014. DAWSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 02–11015. TAYLOR *v.* TENNESSEE DEPARTMENT OF CORRECTION ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 02–11016. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–11017. ALLEN *v.* REESE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 02–11018. ACEVEDO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–11019. WALKER *v.* PEGUESE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–11020. PITTS, AKA SANDERS, ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–11022. LEWIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11023. LISTERMAN *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 02–11024. TATE *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–11026. WALKER *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTION FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.